# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Ex rel. Christopher M. Parks, and | ) | |
| CHRISTOPHER M. PARKS, individually, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 10-03094 |
| v. | ) | |
| | ) | |
| AXA ADVISORS, LLC, | ) | |
| AXA NETWORK, LLC, PAUL TEWES, | ) | |
| JAMES GIBBS, and L. JAY COLE, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This matter is before the Court on Relator, Christopher M. Park's, Motion for Voluntary Dismissal (Motion) (d/e 11) pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Government has filed its written consent (d/e 12) to the dismissal.  See 31 U.S.C. § 3730(b)(1).

THEREFORE, the Motion (d/e 11) is GRANTED.  This action, in its entirety, is dismissed with prejudice as it relates to the Relator, Christopher M. Parks, including claims in his individual capacity and on behalf of the United States, but without prejudice as to the United States, including all claims brought on its behalf.

IT IS SO ORDERED.

ENTERED: November 30, 2011.

    FOR THE COURT:

                        s/ Sue E. Myerscough
                        SUE E. MYERSCOUGH
              UNITED STATE DISTRICT JUDGE